

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| NIKE, INC., *Plaintiff*, | § § § | |
| v. | § § § | CIVIL ACTION NO. 9:06-CV-43 |
| ADIDAS AMERICA INC. D/B/A ADIDAS INTERNATIONAL, ADIDAS SALOMON NORTH AMERICA, INC., and ADIDAS PROMOTION RETAIL OPERATIONS INC., *Defendants*. | § § § § § § § § | (JUDGE CLARK/JUDGE GIBLIN) |

**ORDER DIRECTING EXPEDITED BRIEFING**

In accordance with 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, and the Local Rules for the United States District Court for the Eastern District of Texas, the District Court referred the above-captioned civil action to the undersigned United States Magistrate Judge for determination of non-dispositve pretrial motions and proceedings and entry of findings of fact and recommended disposition on case-dispositive motions.

Defendants filed a *Motion to Disqualify Dr. Peter R. Cavanagh* [Clerk' doc.# 43]. Defendants state that Dr. Cavanagh has confidential information and there is an immediate risk that it will be disclosed to Plaintiff. Under these circumstances, in order to fairly and efficiently resolve this issue, Plaintiff should file any responsive documents by September 8, 2006.

IT IS THEREFORE ORDERED that Plaintiff's response to Defendants' *Motion to Disqualify Dr. Peter Cavanagh* should be filed on or before **September 8, 2006.**

**SIGNED this the 29th day of August, 2006.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE